IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| POEUN BOU, | : |
|                Petitioner, | : |
| v. | :   CASE NO. 7:18-CV-88-HL-MSH |
| | :          28 U.S.C. § 2241 |
| WARDEN, Irwin County Detention Center, | : |
|                Respondent. | : |

## ORDER

On June 14, 2018, the Court received Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.) A review of the record reveals that Petitioner did not submit a filing fee or a motion to proceed *in forma pauperis*. In a Notice of Deficiency dated June 14, 2018, Petitioner was directed to submit the filing fee or move to proceed IFP within twenty-one days.

The time for correcting this deficiency has now expired and Petitioner has not yet paid the filing fee or moved to proceed IFP. Petitioner is thus now **ORDERED** to **pay the filing fee or move to proceed IFP** and **ORDERED** to **SHOW CAUSE** why his Petition should not be dismissed for failure to comply with the Notice of Deficiency. Petitioner's response must be filed within **FOURTEEN (14) DAYS** of the date of this Order. Petitioner's failure to fully and timely comply with this Order will result in the dismissal of his Petition.

SO ORDERED, this 24th day of July, 2018.

/s/ Stephen Hyles
UNITED STATES MAGISTRATE JUDGE